

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Marcos, Joshua Perez<br>DEFENDANT(S). | CASE NUMBER<br>10 MJ-1473<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Detention Hearing___, ___7/15/10___, at ___11:00___ ☒ a.m. / ☐ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___341 - duty___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___7/13/10___

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1